UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-CV-80351-ROSENBERG

LATIFAH ABEDNEGO,

    Plaintiff,

v.

L'OREAL USA, INC.,

    Defendant.

_____/

## ORDER CLOSING CASE

This cause is before the Court on the Plaintiff's Notice of Voluntary Dismissal Without Prejudice at docket entry 4. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 27th day of March, 2024.

                                                                   ROBIN L. ROSENBERG
                                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record